UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION



**FILED**
Apr 15 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY     s/ Josepht     DEPUTY

IN RE: 3M COMBAT ARMS EARPLUG
PRODUCTS LIABILITY LITIGATION                MDL No. 2885

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO –1)

On April 3, 2019, the Panel transferred 8 civil action(s) to the United States District Court for the Northern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2019). Since that time, no additional action(s) have been transferred to the Northern District of Florida. With the consent of that court, all such actions have been assigned to the Honorable M. Casey Rodgers.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Florida and assigned to Judge Rodgers.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Florida for the reasons stated in the order of April 3, 2019, and, with the consent of that court, assigned to the Honorable M. Casey Rodgers.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Florida. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Apr 15, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

CERTIFIED A TRUE COPY
Jessica J. Lyublanovits, Clerk of Court

By _____
     Deputy Clerk

FILED USDC FLND PN
APR 15 '19 AM 7:42

IN RE: 3M COMBAT ARMS EARPLUG
PRODUCTS LIABILITY LITIGATION

MDL No. 2885

## SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **ALABAMA NORTHERN** | | | |
| ALN | 6 | 19−00289 | Limberakis v. 3M Company |
| **ARKANSAS EASTERN** | | | |
| ARE | 4 | 19−00186 | Gladden v. 3M Company |
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 19−01624 | Benjy Lee Partin v. 3M Company |
| CAC | 2 | 19−02274 | Brian Bruce v. 3M Company et al |
| CAC | 5 | 19−00353 | James Hobbs v. 3M Company et al |
| CAC | 8 | 19−00267 | Christian Werthmuller v. 3M Company et al |
| CAC | 8 | 19−00271 | Timothy Odom v. 3M Company et al |
| CAC | 8 | 19−00272 | Kenny Phan v. 3M Company et al |
| CAC | 8 | 19−00275 | Carmen Jarediaz Odom v. 3M Company et al |
| CAC | 8 | 19−00278 | Phet Chanthavy v. 3M Company et al |
| CAC | 8 | 19−00279 | Jay Pasion v. 3M Company et al |
| CAC | 8 | 19−00280 | Harry Martinez v. 3M Company et al |
| CAC | 8 | 19−00281 | Anthony Alvarado v. 3M Company et al |
| CAC | 8 | 19−00282 | Francisco Cortesflores v. 3M Company et al |
| CAC | 8 | 19−00283 | Robert Meza v. 3M Company et al |
| CAC | 8 | 19−00284 | Nick Saifan v. 3M Company et al |
| CAC | 8 | 19−00425 | Anthony Gonzalez v. 3M Company et al |
| CAC | 8 | 19−00510 | Christopher Hammond et al v. 3M Company et al |
| **CALIFORNIA SOUTHERN** | | | |
| CAS | 3 | 19−00206 | Ivanisin et al v. 3M Company |
| CAS | 3 | 19−00207 | Biggers et al v. 3M Company |
| CAS | 3 | 19−00208 | Maxwell et al v. 3M Company |
| CAS | 3 | 19−00210 | Johnson et al v. 3M Company |
| CAS | 3 | 19−00228 | Andujo v. Aearo Technologies LLC et al |
| CAS | 3 | 19−00231 | Melix v. 3M Company |

| | | | |
|---|---|---|---|
| CAS | 3 | 19−00232 | Davis v. 3M Company |
| CAS | 3 | 19−00233 | Avila v. 3M Company |
| CAS | 3 | 19−00260 | Hernandez et al v. 3M Company |
| CAS | 3 | 19−00266 | Berry v. 3M Company |
| CAS | 3 | 19−00324 | Morgan et al v. 3M Company |
| CAS | 3 | 19−00325 | Milstead v. 3M Company |
| CAS | 3 | 19−00326 | Doyle et al v. 3M Company |
| CAS | 3 | 19−00559 | Alicie v. 3M Company |

CONNECTICUT

| | | | |
|---|---|---|---|
| CT | 3 | 19−00415 | Frew v. 3M Company et al |

DELAWARE

| | | | |
|---|---|---|---|
| DE | 1 | 19−00590 | Bennett et al v. 3M Company et al |

DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| DC | 1 | 19−00273 | LYNCH v. 3M COMPANY |

FLORIDA SOUTHERN

| | | | |
|---|---|---|---|
| FLS | 0 | 19−60739 | Dufresne−Yidi v. 3M Company |
| FLS | 1 | 19−20561 | SARDUY v. 3M Company |
| FLS | 1 | 19−21001 | Torres v. 3M Company |
| FLS | 1 | 19−21005 | Garcia v. 3M Company |
| FLS | 2 | 19−14098 | Stokes v. 3M Company |
| FLS | 9 | 19−80253 | McDonagh v. 3M Company |

GEORGIA MIDDLE

| | | | |
|---|---|---|---|
| GAM | 4 | 19−00016 | SPORTS v. 3M COMPANY |
| GAM | 4 | 19−00017 | JOHN v. 3M COMPANY |
| GAM | 4 | 19−00022 | BULEY v. 3M COMPANY |
| GAM | 4 | 19−00023 | USSERY v. 3M COMPANY |
| GAM | 4 | 19−00024 | STRINGFELLOW v. 3M COMPANY |
| GAM | 4 | 19−00036 | SPEAR v. 3M COMPANY |
| GAM | 4 | 19−00037 | RIMEL v. 3M COMPANY |
| GAM | 4 | 19−00047 | EASTON v. 3M COMPANY |

GEORGIA SOUTHERN

| | | | |
|---|---|---|---|
| GAS | 4 | 19−00036 | Wilcox v. 3M Company |
| GAS | 4 | 19−00041 | Greenfield v. 3M Company |
| GAS | 4 | 19−00042 | Foster v. 3M Company |
| GAS | 4 | 19−00043 | Diaz v. 3M Company |
| GAS | 4 | 19−00044 | English v. 3M Company |
| GAS | 4 | 19−00046 | Dice v. 3M Company |

HAWAII

| | | | |
|---|---|---|---|
| HI | 1 | 19−00097 | Coyaso v. 3M Company et al |

ILLINOIS NORTHERN

| | | | |
|---|---|---|---|
| ILN | 1 | 19−00870 | Taveras v. 3M Company |
| ILN | 1 | 19−01507 | Medici v. 3M Company |

KENTUCKY WESTERN

| | | | |
|---|---|---|---|
| KYW | 3 | 19−00122 | Davis v. 3M Company |

LOUISIANA EASTERN

| | | | |
|---|---|---|---|
| LAE | 2 | 19−00678 | Accardo v. 3M Company et al |
| LAE | 2 | 19−00679 | Licciardi v. Aearo Technologies, LLC et al |
| LAE | 2 | 19−00680 | Guan v. 3M Company et al |
| LAE | 2 | 19−00761 | Johnson v. 3M Company |
| LAE | 2 | 19−00850 | Hays v. 3M Company |
| LAE | 2 | 19−01426 | Pierce v. 3M Company et al |
| LAE | 2 | 19−01430 | Wombacher v. 3M Company et al |
| LAE | 2 | 19−01637 | Chandler v. 3M Company |
| LAE | 2 | 19−01731 | Fraser v. 3M Company |
| LAE | 2 | 19−01894 | Gere v. 3M Company et al |
| LAE | 2 | 19−01895 | Irvin v. 3M Company et al |
| LAE | 2 | 19−01984 | Simon v. 3M Company, et al |
| LAE | 2 | 19−01985 | Edison v. 3M Company, et al |

LOUISIANA WESTERN

| | | | |
|---|---|---|---|
| LAW | 6 | 19−00273 | Blackman v. 3 M Co et al |

MARYLAND

| | | | |
|---|---|---|---|
| MD | 1 | 19−00452 | Keiner v. 3M Company |

MISSISSIPPI SOUTHERN

| | | | |
|---|---|---|---|
| MSS | 1 | 19−00126 | Baker v. 3M Company |

NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 3 | 19−08928 | COLEMAN v. 3M COMPANY |

NEW YORK EASTERN

| | | | |
|---|---|---|---|
| NYE | 1 | 19−01035 | Nicholson v. 3M Company |

NORTH CAROLINA EASTERN

| | | | |
|---|---|---|---|
| NCE | 5 | 19−00044 | Tate v. 3M Company |
| NCE | 5 | 19−00047 | Wager v. 3M Company |

| | | | |
|---|---|---|---|
| NCE | 5 | 19−00051 | Finnell v. 3M Company |
| NCE | 5 | 19−00053 | Orlandi v. 3M Company |
| NCE | 5 | 19−00056 | Conaway v. 3M Company |
| NCE | 5 | 19−00059 | Strand v. 3M Company |
| NCE | 5 | 19−00063 | Kabia v. 3M Company |
| NCE | 5 | 19−00064 | Garbus v. 3M Company |
| NCE | 5 | 19−00092 | Clark v. 3M Company |
| NCE | 5 | 19−00096 | Jackson Wyatt v. 3M Company |
| NCE | 5 | 19−00099 | McCann v. 3M Company |
| NCE | 5 | 19−00100 | Kammerer v. 3M Company |
| NCE | 5 | 19−00107 | Hollifield v. 3M Company |
| NCE | 5 | 19−00110 | Ocasio v. 3M Company |
| NCE | 5 | 19−00112 | Leta v. 3M Company |
| NCE | 5 | 19−00113 | Hutchison v. 3M Company |
| NCE | 5 | 19−00116 | Bolton v. 3M Company |
| NCE | 7 | 19−00045 | Wilkinson v. 3M Company |
| NCE | 7 | 19−00050 | Taunton v. 3M Company |
| NCE | 7 | 19−00058 | Norcross v. 3M Company |
| NCE | 7 | 19−00062 | Rogers v. 3M Company |

OHIO SOUTHERN

| | | | |
|---|---|---|---|
| OHS | 2 | 19−00564 | Lehman v. 3M Company |

OKLAHOMA WESTERN

| | | | |
|---|---|---|---|
| OKW | 5 | 19−00081 | Crosby v. 3M Company |
| OKW | 5 | 19−00082 | Cox v. 3M Company |
| OKW | 5 | 19−00083 | Cinco v. 3M Company |
| OKW | 5 | 19−00101 | DeGaine v. 3M Company |
| OKW | 5 | 19−00102 | Cote v. 3M Company |
| OKW | 5 | 19−00220 | Schatz v. 3M Company |

PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| PAE | 2 | 19−00590 | MORRISON et al v. 3M COMPANY |
| PAE | 2 | 19−00660 | DAL PORTO v. 3M COMPANY et al |
| PAE | 2 | 19−00661 | DORNER v. 3M COMPANY et al |
| PAE | 2 | 19−00662 | RICHARDSON v. 3M COMPANY et al |
| PAE | 2 | 19−00663 | STASIO v. 3M COMPANY et al |
| PAE | 2 | 19−00768 | JUNK v. 3M COMPANY |
| PAE | 2 | 19−00769 | CORDREY et al v. 3M COMPANY |
| PAE | 2 | 19−00770 | FARREN v. 3M COMPANY |
| PAE | 2 | 19−00771 | BACA et al v. 3M COMPANY |
| PAE | 2 | 19−00772 | ANDEREGG et al v. 3M COMPANY |
| PAE | 2 | 19−00773 | HENDERSON et al v. 3M COMPANY |
| PAE | 2 | 19−00999 | EDINGER v. 3M COMPANY et al |

SOUTH CAROLINA

| | | | |
|---|---|---|---|
| SC | 3 | 19−00461 | Menendez v. 3M COMPANY |
| SC | 3 | 19−00465 | Govan v. 3M COMPANY |
| SC | 3 | 19−00699 | Jordan v. 3M Company |

TENNESSEE MIDDLE

| | | | |
|---|---|---|---|
| TNM | 3 | 19−00192 | Heath v. 3M Company and Aearo Technologies, LLC |
| TNM | 3 | 19−00211 | Phillips et al v. 3M Company et al |
| TNM | 3 | 19−00237 | Dooley v. 3M Company et al |
| TNM | 3 | 19−00254 | Bragg v. 3M Company et al |

TEXAS NORTHERN

| | | | |
|---|---|---|---|
| TXN | 3 | 19−00365 | Walker v. 3M Company et al |

UTAH

| | | | |
|---|---|---|---|
| UT | 1 | 19−00011 | Fortie v. 3M Company et al |

WEST VIRGINIA NORTHERN

| | | | |
|---|---|---|---|
| WVN | 2 | 19−00013 | Blake v. 3M Company |
| WVN | 2 | 19−00014 | Goddard v. 3M Company |